**Donnie SANDERS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 88465.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 19, 2007.

Jo Ann Rotermund, Saint Louis, MO, for Movant/Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for Respondent/Respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J. and SHERRI B. SULLIVAN, J.

1. All rule references are to Mo. R.Crim.

*ORDER*

PER CURIAM.

Donnie Sanders appeals from the trial court's denial of his Rule 24.035 [1] motion for postconviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's findings and conclusions are not clearly erroneous. *Morales v. State,* 104 S.W.3d 432, 434 (Mo.App. E.D.2003). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

P.2006, unless otherwise indicated.